UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

RANDAL A. NOTTINGHAM,            )
                                 )
          Plaintiff,             )
                                 )
     v.                          )          No.  2:20 CV 14 CDP
                                 )
ANDREW M. SAUL, Commissioner     )
of Social Security,              )
                                 )
          Defendant.             )

## MEMORANDUM AND ORDER

Plaintiff Randal Nottingham brings this action seeking judicial review of an

adverse decision of the Social Security Administration.  The Commissioner of

Social Security has not yet answered plaintiff's complaint.  The Commissioner now

moves to stay this action, averring that the Social Security Administration's

response to the global COVID-19 pandemic and resulting public health guidance

and directives has caused it to suspend in-office services to the public, which

includes the production of the administrative records required to adjudicate Social

Security appeals such as this one.  The Commissioner therefore requests that this

action be stayed until such time as he is able to produce a certified transcript of the

record.  Plaintiff does not objection to the motion.  Upon consideration, I will deny

the Commissioner's request to indefinitely stay this matter but will grant him

additional time to answer plaintiff's complaint and submit the required

administrative record.  If the Commissioner later determines that additional time is required, he may, of course, file an another motion requesting appropriate relief.

Accordingly,

**IT IS HEREBY ORDERED** that defendant Commissioner of Social Security's Motion for Stay of Proceedings [8] is **DENIED**.

**IT IS FURTHER ORDERED** that the Commissioner is granted sixty (60) days from the date his answer is due, up to and including **July 29, 2020**, to answer plaintiff's complaint and submit the administrative record.  In the event the administrative record is unable to be prepared and filed by this date, the Commissioner may file an appropriate motion seeking further relief.  Any such motion must be filed no later than **July 22, 2020**.


_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE


Dated this 28th day of May, 2020.